## 912 CASES REPORTED WITH BRIEF SYLLABI.

confirmed by the court, upheld the appellant's contention regarding the two mortgages inserted to his injury in the terms of sale, and provided for a payment to him, out of the avails of the sale, of $183.80, the expenses of the reference. Notwithstanding the decision, the respondents have again obtained an order of discontinuance without notice to appellant, upon condition that the expenses of the reference, not including counsel fee, be paid to appellant, and the order appealed from denies appellant's motion to vacate. Our prior decision was that the case should not be discontinued without paying to appellant a counsel fee as well as the expenses of the reference, and the reasons which prompted the decision are not impaired by the fact that the appellant has carried the reference to a successful conclusion. Jenks, P. J., Mills, Blackmar and Kelly, JJ., concur; Jaycox, J., not voting.

SALLY LINFANTE, Appellant, v. ROBERT W. LINFANTE, Respondent.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

HARRIET J. McCOUN, Appellant, v. AMY K. PIERPONT and NELLIE CRANZ, Respondents.— We agree in the conclusions that these tax sales did not give a good title. Such vacant lots were not sufficiently described on the assessment roll. There was also a lack of definiteness in advertising the lots for sale. In such notice these lot numbers are found in the fifth column. These block and lot numbers are supposed to refer to the Leavitt map in the second column. Such a wide separation would readily mislead. Also by reason of village boundaries the block numbers do not follow an ascending numerical series which would also perplex a reader. The judgment dismissing the complaint and canceling the tax deeds is, therefore, unanimously affirmed, with costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

FRANK J. McGOWAN, Respondent, v. P. BALLANTINE & SONS, Appellant.— Judgment and order affirmed, with costs. No opinion. Mills, Rich, Putnam and Kelly, JJ., concur; Jenks, P. J., dissents on the ground that the verdict is against the weight of the evidence, and votes for a new trial.

DAVID MEYER, Respondent, v. CHARLES HARTMANN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

CIRO OLIVARES, Respondent, v. GAETANO BOTTARO, Appellant.— Order modified by providing that the action be placed upon the calendar of the Supreme Court for the December term of 1920, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

WILLIAM H. POWERS, Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Judgment reversed and new trial granted, with costs to appellant. The errors necessitating the reversal of the judgment on the former appeal (Powers v. City of New York, 187 App. Div. 896) were repeated upon the second trial. The decision of this court was the law of the case on the second trial. We consider the award of rental and fee damage to the plaintiff excessive, especially in view of awards made in cases of similar property similarly located, one parcel being on the next